**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6166**

---

NORMAN G. BERG,

Plaintiff - Appellant,

versus

DAVID ROBINSON, Warden; DOCTOR THOMPSON, M.D.,
Nottoway Correctional Center; M. EPPERSON, RN,
Nurse Supervisor, Nottoway Correctional
Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-95-1630-AM)

---

Submitted:  May 16, 1996          Decided:  June 5, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Norman G. Berg, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Berg v. Robinson</u>, No. CA-95-1630-AM (E.D. Va. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2